IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-53-FL
No. 5:15-CV-556-FL

| | |
|---|---|
| LORENZO EARL TURNER, | ) |
| | ) |
| Petitioner, | ) |
| | )  ORDER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of the Respondent to obtain copies of records in possession of the Probation Office, it is hereby

ORDERED that the United States Probation Office provide Respondent with a copy of all materials in its possession relating to Petitioner's 1992 convictions for second degree murder and assault with a deadly weapon with intent to kill/inflicting serious injury, Wake County Superior Court Nos. 91CRS092255, 92256, and 92258 (PSR ¶ 16).

This __15th__ day of __December__, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge