UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lorenzo Earl Turner　　　　　　　　　　　　　　　　　Docket No. 5:04-CR-53-1FL

## Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenzo Earl Turner, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 18, 2004, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 17, 2017, pursuant to a 2255 Motion, his sentence was reduced to 120 months in custody, to be followed by 2 years of supervised release.

Lorenzo Earl Turner was released from custody on March 21, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 17, 2018, the defendant was charged in Raleigh, North Carolina, with Driving While Impaired. The defendant admitted to driving a motor vehicle after consuming alcohol. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 30 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/Jeffrey L. Keller　　　　　　　　　　　　　　　/s/Erica W. Foy
Jeffrey L. Keller　　　　　　　　　　　　　　　　Erica W. Foy
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8665
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: June 25, 2018

## ORDER OF THE COURT

Considered and ordered this 25th day of June, 2018, and ordered filed and made a part of the records in the above case.

*Louise V. Flanagan*
Louise W. Flanagan
U.S. District Judge