UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lorenzo Earl Turner**　　　　　　　　　　　　　　　　　　　**Docket No. 5:04-CR-53-1FL**

**Petition for Action on Supervised Release**

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenzo Earl Turner, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 18, 2004, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 17, 2017, pursuant to a 2255 Motion, his sentence was reduced to 120 months in custody, to be followed by 2 years of supervised release.

Lorenzo Earl Turner was released from custody on March 21, 2017, at which time the term of supervised release commenced. On May 3, 2018, the court was notified that the defendant tested positive for marijuana use and agreed to continue Turner on supervision to participate in treatment. On May 31, 2018, the court was notified that Turner used marijuana again and was charged with misdemeanor Public Urination. Then, on June 25, 2018, the court was notified that the defendant was arrested for Driving While Impaired. The court agreed to modify the conditions of supervision to include an alcohol abstinence condition along with a remote alcohol monitoring condition for 30 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has since consumed alcohol and tested positive on the Remote Alcohol Monitoring Program (Sober Link). As he is attending treatment sessions at First Step Services in an attempt to deal with his alcohol use, we recommend extending his Remote Alcohol Monitoring Program participation for up to an additional 90 days and increasing his level of treatment.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: August 10, 2018 |

**Lorenzo Earl Turner**
**Docket No. 5:04-CR-53-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___15th___ day of ___August___, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge