UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lorenzo Earl Turner**                          **Docket No. 5:04-CR-53-1FL**

**Petition for Action on Supervised Release**

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenzo Earl Turner, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 18, 2004, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 17, 2017, pursuant to a 2255 Motion, his sentence was reduced to 120 months in custody, to be followed by 2 years of supervised release.

Lorenzo Earl Turner was released from custody on March 21, 2017, at which time the term of supervised release commenced. On May 3, 2018, the court was notified that the defendant tested positive for marijuana use and agreed to continue Turner on supervision to participate in treatment. On May 31, 2018, the court was notified that Turner used marijuana again and was charged with misdemeanor Public Urination. Then, on June 25, 2018, the court was notified that the defendant was arrested for Driving While Impaired. The court agreed to modify the conditions of supervision to include an alcohol abstinence condition along with a remote alcohol monitoring condition for 30 days. Subsequently, the defendant consumed alcohol and tested positive on the Remote Alcohol Monitoring Program (Soberlink) and so the court agreed to extend his period of time on Soberlink for an additional 90 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant continues to struggle with his alcohol addiction, even though he is actively participating in substance abuse treatment. Since he has used alcohol and has missed several scheduled remote alcohol tests, we recommend removing the alcohol monitoring and intensifying his supervision by imposing a 60-day period of location monitoring with a curfew to hopefully better assist him with staying sober. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The previous condition of Remote Alcohol Monitoring is removed.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Lorenzo Earl Turner**
**Docket No. 5:04-CR-53-1FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,	I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller	/s/Erica W. Foy
Jeffrey L. Keller	Erica W. Foy
Supervising U.S. Probation Officer	U.S. Probation Officer
	310 New Bern Avenue, Room 610
	Raleigh, NC 27601-1441
	Phone: 919-861-8665
	Executed On: October 15, 2018

### ORDER OF THE COURT

Considered and ordered this  16th  day of  October , 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge